**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **ARTURO HERNANDEZ-ESQUIVEL,** | : | |
| **Movant,** | : | |
| | : | |
| **vs.** | : | **CIVIL ACTION: 18-235-WS-N** |
| | : | |
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO.: 17-037-WS-N** |
| **Respondent.** | : | |
| | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that Movant Hernandez-Esquivel's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Doc. 46) is hereby **DENIED,** and that the Petitioner is found not entitled either to a Certificate of Appealability or to appeal *in forma pauperis*.

**DONE** and **ORDERED** this 25th day of July, 2019.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE